AO 121 (6/90)

17 CV 203

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.    DATE FILED<br>              1/11/2017 | United States District Court for the Southern District of New York<br>500 Pearl Street, New York, NY 10007 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Pearson Education, Inc., Cengage Learning, Inc., and McGraw-Hill Global Education Holdings, LLC | Does 1-100 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Exhibit A. | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

EXHIBIT A

| | Publisher | ISBN | Title | Edition | Author | Copyright Registration |
|---|---|---|---|---|---|---|
| 1 | Cengage | 978-1285748887 | Clinical Assessment Workbook: Balancing Strengths and Differential Diagnosis | 2 | Pomeroy | TX 7-972-014 |
| 2 | Cengage | 978-0495508229 | Clinical Psychology | 8 | Trull | TX 7-536-278 |
| 3 | Cengage | 978-1285161594 | Effective Helping: Interviewing and Counseling Techniques | 8 | Okun | TX 7-904-759 |
| 4 | Cengage | 978-1305094765 | Fundamentals Of Case Management Practice | 5 | Summers | TX 8-010-680 |
| 5 | Cengage | 978-1305087309 | Group Counseling: Strategies And Skills | 8 | Jacobs | TX 8-005-993 |
| 6 | Cengage | 978-1111722203 | Interviewing For Solutions | 4 | DeJong | TX 7-531-460 |
| 7 | Cengage | 978-1305389458 | Issues And Ethics In The Helping Professions | 9 | Corey | TX 7-892-167 |
| 8 | Cengage | 978-1305101968 | Program Evaluation: An Introduction To Evidence-Based Approach | 6 | Royse | TX 8-030-293 |
| 9 | Cengage | 978-1285419008 | The Social Worker And Psychotropic Medication | 4 | Bentley | TX 7-691-006 |
| 10 | Cengage | 978-1305077331 | Writing And Reporting News: A Coaching Method | 8 | Rich | TX 8-017-088 |
| 11 | MHE | 978-1259179396 | Business: A Changing World | 9 | Ferrell | TX 7-709-608 |
| 12 | MHE | 978-0073534343 | Effective Group Discussion: Theory And Practice | 14 | Galanes | TX 7-562-529 |
| 13 | MHE | 978-1259545474 | Essentials of Contemporary Management | 6 | Jones | TX 7-913-168 |
| 14 | MHE | 978-1259235702 | Essentials of Economics | 9 | Schiller | TX 7-814-304 |
| 15 | MHE | 978-0073526249 | Media Ethics: Issues And Cases | 8 | Patterson | TX 7-726-342 |
| 16 | MHE | 978-0077861896 | Methods In Behavioral Research | 12 | Cozby | TX 7-982-478 |
| 17 | MHE | 978-0078035357 | Personality Psychology: Domains Of Knowledge About Human Nature | 5 | Larsen | TX 7-762-213 |
| 18 | MHE | 978-0072874891 | Privilege, Power, and Difference | 2 | Johnson | TX 6-196-249 |
| 19 | MHE | 978-0078119064 | The Elements Of Moral Philosophy | 8 | Rachels | TX 8-003-526 |
| 20 | MHE | 978-0071840538 | The Six Sigma Handbook | 4 | Pyzdek | TX 7-896-395 |
| 21 | MHE | 978-0078024795 | We The People: An Introduction to American Government | 11 | Patterson | TX 8-002-287 |
| 22 | MHE | 978-0077511753 | Workbook/Laboratory Manual Vol 1 To Accompany Puntos De Partida: An Invitation To Spanish | 8 | Arana | TX 7-782-440 |
| 23 | Pearson | 978-0132659673 | Collaboration, Consultation, and Teamwork for Students with Special Needs | 7 | Dettmer | TX 7-563-607 |
| 24 | Pearson | 978-0133127478 | Developing Management Skills | 9 | Whetten | TX 8-104-703 |
| 25 | Pearson | 978-0133579499 | Effective Writing | 10 | May | TX 7-884-485 |
| 26 | Pearson | 978-0134061641 | Ethical, Legal, And Professional Issues In Counseling | 5 | Remley | TX 8-122-054 |
| 27 | Pearson | 978-0133919783 | Financing Education in a Climate of Change | 12 | Brimley | TX 8-050-106 |
| 28 | Pearson | 978-0134129945 | Global Marketing | 9 | Keegan | TX 8-270-604 |
| 29 | Pearson | 978-0133351927 | Implementing Change: Patterns, Principles, and Potholes | 4 | Hall | TX 7-930-715 |
| 30 | Pearson | 978-0133866247 | International Business: The Challenges of Globalization | 8 | Wild | TX 8-069-637 |
| 31 | Pearson | 978-0133741322 | Practical Research: Planning and Design | 11 | Leedy | TX 8-125-390 |
| 32 | Pearson | 978-0133905427 | School Law and the Public Schools: A Practical Guide for Educational Leaders | 6 | Essex | TX 8-051-259 |
| 33 | Pearson | 978-0205982516 | Society: The Basics | 13 | Macionis | TX 7-882-254 |
| 34 | Pearson | 978-0321898685 | Style: Lessons In Clarity And Grace | 11 | Williams | TX 7-702-858 |
| 35 | Pearson | 978-0133908923 | Understanding Psychology | 11 | Morris | TX 8-088-525 |
| 36 | Pearson | 978-0205028801 | Writing With Style: Conversations On The Art Of Writing | 3 | Trimble | TX 7-299-978 |