UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC., CENGAGE LEARNING, INC., and MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC<br><br>Plaintiffs,<br><br>v.<br><br>HELIOSBOOKS INC.; KOLYO HRISTOV; RAMAN KANDOLA; NICHOLAS LITTLE; HAMID KHAN; SHARMA RAJESH; YK SHARMA; BHAGWAT PRAKASH; BOOSTI, LLC; MY BOOK DRIVE, INC.; OLIVER W. CHEN; SIOW HONG CHANG; BLUE ROCKET BOOKS LTD.; DONALD BOONE; LUKE BROWN; FINE LINE MEDIA LLC; PRINCE JOHNSON; PRINCE SANCHEZ; MENG ZHANG; SITAPA RUJIKIETGUMJORN; WASIN RUJIKIETGUMJORN; MANUJ OBEROI; PATRICK MEDLEY; JAMES NELSON; ROGGER FARBER; FBAAZ, CORP.; DERICK RADFORD; JONATHAN HINDS; DILSHAD SAIFI; ANDREW BAILEY; SAMANTHA ANDERSON; and DOES 1-10, | Civil Action No. 1:17-cv-203-DAB<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 12/14/17 |

DAB
12/14/17

[PROPOSED] **FINAL JUDGMENT AND PERMANENT INJUNCTION**
**AGAINST DEFENDANT BLUE ROCKET BOOKS, LTD.**

Upon the Stipulation for Entry of Judgment and Permanent Injunction Against Defendant Blue Rocket Books, Ltd., doing business as CheapAZZbooks ("Defendant"), it is hereby

**ORDERED** that final judgment is **ENTERED** for Plaintiffs Pearson Education, Inc., McGraw-Hill Global Education Holdings, LLC, and Cengage Learning, Inc., (hereinafter, "Plaintiffs") as to their claims in this action against Defendant.

It is **FURTHER ORDERED** that a permanent injunction is **ENTERED** in this action. Defendant, including its officers, agents, servants, and employees, and all those

in active concert or participation with any of them, shall not:

    a)     Directly or indirectly infringe any of Plaintiffs' Copyrighted Works[1];

    b)     Directly or indirectly infringe any of Plaintiffs' Marks[2];

    c)     Directly or indirectly manufacture, import, distribute, offer for sale, and/or sell any Unauthorized Copies[3] of Plaintiffs' Copyrighted Works; or

    d)     Enable, facilitate, permit, assist, solicit, encourage or induce others to directly or indirectly infringe Plaintiffs' Copyrighted Works or Plaintiffs' Marks, and/or manufacture, import, distribute, offer for sale, and/or sell Unauthorized Copies of Plaintiffs' Copyrighted Works.

It is **FURTHER ORDERED** that Amazon.com, Inc. ("Amazon") shall, within three (3) business days of receiving notice of this Order, release the restraint imposed on the funds held in Defendant's Amazon account(s) connected to Defendant's Online Storefront, CheapAZZbooks, pursuant to the Temporary Restraining Order (ECF No. 3)

---

[1] "Plaintiffs' Copyrighted Works" any and all textbooks or other copyrighted works, or portions thereof, whether now in existence or later created, regardless of media type, the copyrights to which are owned or controlled by any of the Plaintiffs or their parents, subsidiaries, affiliates, successors, and/or assigns, whether published in the United States or abroad.

[2] "Plaintiffs' Marks" means any and all trademarks and service marks, whether now in existence or later created, which are owned or controlled by any of the Plaintiffs or their parents, subsidiaries, affiliates, successors, and/or assigns, whether used in commerce in the United States or abroad.

[3] "Unauthorized Copies" means copies of Plaintiffs' Copyrighted Works made without either permission from Plaintiffs or authorization under the law.

2

and/or the Stipulated Preliminary Injunction as to Blue Rocket Books, Ltd. d/b/a CheapAZZbooks (ECF No. 38), and immediately return all such funds to Defendant.

It is **FURTHER ORDERED** that the Court retains jurisdiction of this matter in law and equity for purposes of enforcing this Order and/or adjudicating claims of violations of this Order.

**SO ORDERED** this 14 day of October, 2017.

_____
DEBORAH A. BATTS
United States District Judge