UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
PEARSON EDUCATION, INC., et al.,

        Plaintiffs,

-against-

HELIOSBOOKS, INC., et al.,


        Defendants.
------------------------------------------------------X

ORDER

17-CV-203 (KMW)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    This case has been referred to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the plaintiffs against defendants Heliosbooks, Inc., Hamid Khan, Sharma Rajesh, YK Sharma, Bhagwat Prakash Boosti, LLC, Oliver W. Chen, Siow Hong Chang, Meng Zhang, Manuj Oberoi, Patrick Medley and Dilshad Saifi.

    Accordingly, IT IS HEREBY ORDERED that, on or before June 26, 2020, the plaintiffs shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of its damages. The plaintiffs must serve these documents on Heliosbooks, Inc., Hamid Khan, Sharma Rajesh, YK Sharma, Bhagwat Prakash Boosti, LLC, Oliver W. Chen, Siow Hong Chang, Meng Zhang, Manuj Oberoi, Patrick Medley and Dilshad Saifi, and file proof of such service with the Clerk of Court.

    IT IS FURTHER ORDERED that, on or before July 17, 2020, the defendants shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the plaintiffs.

Dated:  New York, New York
          June 1, 2020

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE