UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PEARSON EDUCATION, INC., ET AL.,

                       Plaintiffs,

     -against-

DIVINE, ET AL.,

                       Defendants.
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 3, 2020
```

1:17-cv-203 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      Plaintiffs request an informal discovery conference to address Defendants' alleged failures to produce documents responsive to Plaintiffs' First Set of Requests for Production of Documents. (ECF No. 170.) Defendants state that they initially misunderstood the scope of Plaintiffs' production demands and are working diligently to provide copies of the responsive documents. (ECF No. 171.) No later than August 17, 2020, Defendants shall provide Plaintiffs with all responsive documents.

      The Court finds that a discovery conference is unlikely to be productive at this time. If, after Defendants have submitted all responsive documents, Plaintiffs still believe that a discovery conference is necessary, Plaintiffs may renew their request.

      SO ORDERED.

Dated: New York, New York
       August 3, 2020

                                                /s/ Kimba M. Wood
                                                 KIMBA M. WOOD
                                       United States District Judge