UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PEARSON EDUCATION, INC.; CENGAGE LEARNING, INC.; and MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC,

      Plaintiffs,

v.

DANN DIVINE; DAPHNEE DIVINE; REJOICE SENAYE; MAWULI KRAH; ROSCHELLE SALMON; JOSHUA KHALIFA; BRIDGEPORTS INT'L INC.; and HAPPY FAMILIES INT'L INC.,

      Defendants.

Case No. 17-cv-203-KMW

## [PROPOSED] FINAL JUDGMENT AND INJUNCTION AS TO DEFENDANT JOSHUA KHALIFA

Plaintiffs Cengage Learning, Inc., McGraw Hill LLC (successor in interest to McGraw-Hill Global Education Holdings, LLC), and Pearson Education, Inc. (collectively, the "Plaintiffs") filed a complaint against Joshua Khalifa ("Defendant"), alleging claims of infringement pursuant to the Copyright Act, 17 U.S.C. § 101, and trademark counterfeiting pursuant to the Lanham Act, 15 U.S.C. § 1114. The parties indicate that they have settled this matter. In connection therewith, the parties have jointly stipulated to entry of this Final Judgment and Permanent Injunction.

**NOW THEREFORE**, it is hereby:

I.    **ORDERED** that final judgment is **ENTERED** for Plaintiffs against Defendant. Each party shall bear its own costs and expenses, including its attorney's fees.

II.    **ORDERED** that a permanent injunction is **ENTERED** in this action as follows:

Defendant and their personal representatives, heirs, executors, administrators,

agents, and assigns, and all those in active concert or participation with them who receive actual notice of this injunction are enjoined from:

a. Directly or indirectly infringing any copyrighted work that is owned or exclusively controlled by any of Plaintiffs ("Plaintiffs' Copyrighted Works"), including any copyrighted work published under any of the imprints identified on Appendix A hereto[1] (the "Imprints");

b. Directly or indirectly infringing any trademark that is owned or exclusively controlled by any of the Plaintiffs Marks, including such trademarks associated with the Imprints;[2]

c. Directly or indirectly manufacturing, reproducing, importing, distributing (including returning goods purchased from another), offering for sale, and/or selling infringing copies of Plaintiffs' Copyrighted Works and/or Plaintiffs' Marks; and

d. Knowingly (i.e., with actual knowledge or reason to know) enabling, facilitating, permitting, assisting, soliciting, encouraging, or inducing others to directly or indirectly infringe, manufacture, reproduce, import, distribute, offer for sale, and/or sell infringing copies of Plaintiffs'

---

[1] "Publishers' Copyrighted Works" means any and all textbooks or other copyrighted works, or portions thereof, whether now in existence or later created, regardless of media type, the copyrights to which are owned or exclusively controlled by any of the Publishers or their parents, subsidiaries, affiliates, predecessors, successors, and assigns, whether published in the United States or abroad.

[2] "Publishers' Marks" means any and all trademarks and service marks, whether now in existence or later created, which are owned or exclusively controlled by any of the Publishers or their parents, subsidiaries, affiliates, predecessors, successors, and assigns, whether used in commerce in the United States or abroad.

Copyrighted Works and/or Plaintiffs' Marks

III.     **FURTHER ORDERED** that the Court retains jurisdiction for the purpose of enforcing this Order.  Without limiting the foregoing, Plaintiffs may move the Court for a supplemental order as may be appropriate to effectuate the purposes of this Permanent Injunction.

**SO ORDERED** this \_\_\_**1st**\_\_ day of _____**March**\_\_\_\_, 2021.


_____/s/ Kimba M. Wood_____
HON.  KIMBA  M.  WOOD
United States District Judge

**Appendix A: Plaintiffs' Imprints**

| Cengage Learning |
|---|
| Brooks Cole |
| Cengage |
| Cengage Learning |
| Course Technology |
| Delmar |
| Gale |
| Heinle |
| Milady |
| National Geographic Learning |
| South-Western Educational Publishing |
| Wadsworth |
| **McGraw Hill** |
| Irwin |
| Lange |
| McGraw-Hill |
| McGraw-Hill Education |
| McGraw-Hill Higher Education |
| McGraw-Hill Professional |
| McGraw-Hill Ryerson |
| McGraw-Hill/Appleton & Lange |
| McGraw-Hill/Contemporary |
| McGraw-Hill/Dushkin |
| McGraw-Hill/Irwin |
| McGraw Hill |
| NTC/Contemporary |
| Osborne |
| Schaum's |
| **Pearson** |
| Addison Wesley |
| Adobe Press |
| Allyn & Bacon |
| Benjamin Cummings |
| Brady |
| Cisco Press |
| Financial Times Press/FT Press |
| IBM Press |
| Longman |
| New Riders Press |
| Peachpit Press |
| Pearson |
| Pearson Education |
| Que Publishing |
| Sams Publishing |