UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 22, 2021
```

PEARSON EDUCATION, INC.; CENGAGE LEARNING, INC.; and MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC,

Plaintiffs,

v.

DANN DIVINE; DAPHNEE DIVINE; REJOICE SENAYE; MAWULI KRAH; ROSCHELLE SALMON; JOSHUA KHALIFA; BRIDGEPORTS INT'L INC.; and HAPPY FAMILIES INT'L INC.,

Defendants.

17-CV-203 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

After the Court referred this case to Magistrate Judge Kevin N. Fox for an inquest (ECF No. 151), Judge Fox issued a Report and Recommendation ("R & R") on December 8, 2020, that recommended the awards of damages set forth in the R & R (ECF No. 184 at 15). No party filed an objection to the R & R. Accordingly, the Court reviews the R & R for clear error.

Finding no clear error, this Court hereby adopts the carefully reasoned R & R in its entirety.

SO ORDERED.

DATED:   New York, New York
         March 22, 2021

                                                      /s/ Kimba M. Wood
                                                KIMBA M. WOOD
                                       United States District Judge