UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 20, 2021
```

PEARSON EDUCATION, INC.; CENGAGE LEARNING, INC.; and MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC,

              Plaintiffs,

v.

DANN DIVINE; DAPHNEE DIVINE; REJOICE SENAYE; MAWULI KRAH; ROSCHELLE SALMON; JOSHUA KHALIFA; BRIDGEPORTS INT'L INC.; and HAPPY FAMILIES INT'L INC., HELIOSBOOKS INC., et al.,

              Defendants.

17-CV-203 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      On May 20, 2021, the Court granted Plaintiffs' request for leave to file a Motion to Amend the Complaint. (ECF No. 196.) On June 11, 2021, Plaintiffs filed a Motion to Amend the Complaint and Name Additional Parties (the "Motion to Amend") and a proposed Second Amended Complaint. (ECF Nos. 197-98.) The proposed Second Amended Complaint identifies, among other things, the names of corporations and individuals working in concert with Defendant Heliosbooks Inc., the sole remaining Defendant in the case, and additional copyrights and trademarks that Heliosbooks has infringed. The Court ORDERS counsel for Heliosbooks to inform the Court whether Heliosbooks intends to oppose the Motion to Amend by **July 5, 2021**.

      SO ORDERED.

DATED: New York, New York
          June 20, 2021

                                    /s/ Kimba M. Wood
                                     KIMBA M. WOOD
                                   United States District Judge