**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PEARSON EDUCATION, INC.; CENGAGE
LEARNING, INC.; and MCGRAW-HILL
GLOBAL EDUCATION HOLDINGS, LLC,

                            Plaintiffs,

-against-

HELIOBOOKS, INC.; RAMAN KANDOLA;
HAMID KHAN; SHARMA RAJESH; YK
SHARMA; BHAGWAT PRAKASH; OLIVER
W. CHEN; SIOW HONG CHANG; BLUE
ROCKET BOOKS, LTD.; MENG ZHANG;
MANUJ OBEROI; DERICK RADFORD;
DILSHAD SAIFI; and DOES 1-10,

                            Defendants.
-----------------------------------------------------------X

17 **CIVIL** 203 (KMW)
**RULE 54(b) JUDGMENT**
**as to Defendant Blue Rocket Books, Ltd.**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 4, 2022, and the Court's Final Judgment dated December 14, 2017, upon the Stipulation for Entry of Judgment and Permanent Injunction Against Defendant Blue Rocket Books, Ltd., doing business as CheapAZZbooks ("Defendant"), it is hereby ORDERED that final judgment is ENTERED for Plaintiffs Pearson Education, Inc., McGraw-Hill Global Education Holdings, LLC, and Cengage Learning, Inc., (hereinafter, "Plaintiffs") as to their claims in this action against Defendant.

It is FURTHER ORDERED that a permanent injunction is ENTERED in this action. Defendant, including its officers, agents, servants, and employees, and all those in active concert or participation with any of them, shall not: a) Directly or indirectly infringe any of Plaintiffs' Copyrighted Works; b) Directly or indirectly infringe any of Plaintiffs' Marks; c) Directly or indirectly manufacture, import, distribute, offer for sale, and/or sell any Unauthorized Copies of Plaintiffs' Copyrighted Works; or d) Enable, facilitate, permit, assist, solicit, encourage or induce

others to directly or indirectly infringe Plaintiffs' Copyrighted Works or Plaintiffs' Marks, and/or manufacture, import, distribute, offer for sale, and/or sell Unauthorized Copies of Plaintiffs' Copyrighted Works.

It is FURTHER ORDERED that Amazon.com, Inc. ("Amazon") shall, within three (3) business days of receiving notice of the Order, release the restraint imposed on the funds held in Defendant's Amazon account(s) connected to Defendant's Online Storefront, CheapAZZbooks, pursuant to the Temporary Restraining Order (ECF No. 3) and/or the Stipulated Preliminary Injunction as to Blue Rocket Books, Ltd. d/b/a CheapAZZbooks (ECF No. 38), and immediately return all such funds to Defendant.

It is FURTHER ORDERED that the Court retains jurisdiction of this matter in law and equity for purposes of enforcing the Order and/or adjudicating claims of violations of the Order. The Court holds that there is no just reason for delay and certifies the judgment as final and appealable pursuant to Rule 54(b).

**Dated:**  New York, New York
March 8, 2022

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**  *K. Mango*

**Deputy Clerk**