```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    3/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
PEARSON EDUCATION, INC.; CENGAGE
LEARNING, INC.; and MCGRAW-HILL
GLOBAL EDUCATION HOLDINGS, LLC,

                            Plaintiffs,

            -against-

HELIOSBOOKS, INC.; HAMID KHAN;
SHARMA RAJESH; YK SHARMA;
BHAGWAT PRAKASH; OLIVER W.
CHEN; SIOW HONG CHANG; BLUE
ROCKET BOOKS, LTD.; MENG
ZHANG; MANUJ OBEROI; DILSHAD
SAIFI; and DOES 1–10,

                            Defendants.
--------------------------------------------------------X

17-CV-203 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

        On March 17, 2022, Plaintiffs submitted a letter moving this Court to certify retroactively the judgments against nine defaulting Defendants as final pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. (ECF No. 213.) Any Defendant wishing to respond to Plaintiffs' motion may do so by March 29, 2022 in a letter of no more than two pages.

        SO ORDERED.

Dated: New York, New York
       March 22, 2022

                                                      */s/ Kimba M. Wood*
                                                 KIMBA M. WOOD
                                       United States District Judge