UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PEARSON EDUCATION, INC.; CENGAGE
LEARNING, INC.; and MCGRAW-HILL
GLOBAL EDUCATION HOLDINGS, LLC,

                            Plaintiffs,                               17 **CIVIL** 203 (KMW)

             -against-                               **RULE 54(b) JUDGMENT**

HELIOSBOOKS, INC.; HAMID KHAN;
SHARMA RAJESH; YK SHARMA; BHAGWAT
PRAKASH; OLIVER W. CHEN; SIOW HONG
CHANG; MENG ZHANG; MANUJ OBEROI;
DILSHAD SAIFI; and DOES 1–10,
                           Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2022, and the Court's Report and Recommendation dated December 8, 2020, Plaintiffs' motion to certify judgments as final and appealable pursuant to Rule 54(b) is GRANTED. Final judgment is against the following nine Defendants, in terms consistent with the Order at ECF No. 151 and the damages determinations in the Report and Recommendation prepared by Magistrate Judge Fox (ECF No. 184), which were adopted by this Court in the following amounts: Hamid Khan $200,000; Sharma Rajesh, YK Sharma, and Bhagwat Prakash $200,000; Boosti, Inc. $700,000; Oliver W. Chen and Siow Hong Chang $200,000; Meng Zhang $200,000; Manuj Oberoi $200,000; Dilshad Saifi $200,000. The Court finds there is no just reason for delay and judgment is hereby entered.

**Dated:** New York, New York
          March 31, 2022

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                                   BY:
                                                        **Deputy Clerk**