UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

PEARSON EDUCATION, INC.; ELSEVIER INC.;
BEDFORD, FREEMAN & WORTH PUBLISHING
GROUP, LLC d/b/a MACMILLAN LEARNING;
CENGAGE LEARNING, INC.; and MCGRAW
HILL LLC,

              Plaintiffs,

     -against-

SAURABH AGGARWAL, ASHOK KUMAR,
AYUSH AGGARWAL, SHIKHA
AGGARWAL, NATASHA AGGARWAL,
SAVITA AGGARWAL, ABC PUBLISHERS
& DISTRIBUTORS PVT. LTD., ABCPD
INTERNATIONAL LTD.,
ACADEMICBOOKS INC., ACUITY CORP.,
AEGIS TRADING CORP., AGGARWAL
BOOK CENTRE, AGGARWAL OVERSEAS,
ALLEGIS CORP., AMACO CORP., APEX
TRADING CO., APPLEBEE'S CORP.,
ASPYR CORP., ASPYR INTERNATIONAL
LTD., BENNIGAN MEDIA CORP.,
BIRDWELL CORP., BOOKMART,
BOOKMOR CORP., BOOKMAX
CORPORATION, BOOKPORT CORP.,
BOOKREX CORP., BOOKSNESENCE,
BOWLMOR CORP., BOYD BRANDS INC.,
BRUKER INTERNATIONAL CORP.,
COGNEVO MEDIA CORP., COLECO CORP.,
COLUMBIA BOOK CORP., CONNISSEUR
TRADING INC., CONS MED
DISTRIBUTORS CORP., CYNA TRADING,
DENBURY CORP., DESCRIBINGBOOKS
INC., DIPPIN CORP., DYNERGY MEDIA
INC., EBF CORP. LTD., ENCORE CORP.
LTD., ESTERLINE CORP., FANAKA
TRADING INC., FLEXI TRADING CORP,
FRASCA CORP., GOGREEN BOOKS CORP.,
GOODWILLBOOKS INC., GRAN BOOKS
INC., GRAYBAR CORP., HARPO CORP.,
HELIOSBOOKS INC., IN-LIGHT LIMITED,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    6/13/2022

17-CV-203 (KMW)

**ORDER**

IVORY BOOKS CORP., KALITTA CORP., KROGER CORP., LIBERTY BOOKS, INC., MAGNA WORLD CORPORATION, MITTEL INC., NATWORLD CORP., NORTEL CORP., PLUS BROKERAGE INC., PROLIFIC TRADING INC., QUATTRO TRADING INC., REGENT INTERNATIONAL, RENNICS BOOKSHOP AFRICA LTD., SASHA INTERNATIONAL LLC, SIERRA BOOKWORLD LIMITED, SIGNA CORP., TRANSGLOBALBOOKS CORP., TURBOBOOKS CORP., UNIWORLDBOOKS INC., VARAHA CORP., VEDI BOOKS PVT. LTD., WHITE LEAF CORP., YOUBOOKWORLD INC., ZETTA CORP., and ZETTAWORLD CORP.,

                          Defendants.*

--------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

On May 10, 2022, fourteen Defendants in this action returned a waiver of the service of summons. (ECF No. 230.) The status of service of process on the remaining Defendants named in the Third Amended Complaint is unclear. All United States–based Defendants must be served by July 5, 2022, unless good cause is shown. *See* Fed. R. Civ. P. 4(m).

Plaintiffs must submit a letter to the Court by June 17, 2022 providing an update on their efforts to serve the remaining Defendants in this action. The Court will then schedule an Initial Pretrial Conference.

SO ORDERED.

Dated: New York, New York
       June 13, 2022

                                                             */s/ Kimba M. Wood*
                                                              KIMBA M. WOOD
                                             United States District Judge

---

* The Clerk of Court is respectfully directed to amend the caption of this case as set forth above.