```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    7/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

PEARSON EDUCATION, INC., ET AL.,

            Plaintiffs,

  -against-                               17-CV-203 (KMW)

                                                  **ORDER**

SAURABH AGGARWAL, ET AL.,

            Defendants.
---------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

       Members of the press and public who wish to join the conference scheduled for August 25, 2022, at 11 a.m. may dial 646-453-4442 and enter Conference ID 412 561 262, with their telephones on mute. Consistent with the standing orders of this court and the local rules, no recording or rebroadcasting of the proceeding is permitted.

       SO ORDERED.

Dated: New York, New York
       July 26, 2022                                      */s/ Kimba M. Wood*
                                                     KIMBA M. WOOD
                                               United States District Judge